```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARLON ISMAEL ORELLANA CRUZ        :              CIVIL ACTION
                                   :
            v.                     :
                                   :
J.L. JAMISON, et al.               :              NO. 26-4623

ORDER

AND NOW, this 9th day of July 2026, it is hereby ORDERED that:

(1)  the respondents shall show cause, on or before Tuesday, July 14, 2026, why the writ of habeas corpus should not be granted;

(2)  petitioner shall file any reply on or before Friday, July 17, 2026; and

(3)  an evidentiary hearing will be held on Wednesday, July 22, 2026 at 10:00 a.m. in Courtroom 16A, United States Courthouse, 601 Market Steet, Philadelphia, Pennsylvania.

BY THE COURT:

/s/  Harvey Bartle III
                                                          J.