IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLON ISMAEL ORELLANA CRUZ      :        CIVIL ACTION
                                 :
            v.                   :
                                 :
J.L. JAMISON, et al.             :        NO. 26-4623

ORDER

AND NOW, this 15th day of July 2026, based on the undisputed facts and for the reasons stated in Coelho Lopes v. Jamison, No. 26-234, 2026 WL 299991 (E.D. Pa. Feb. 4, 2026), Cunha v. Freden, No. 25-3141, 2026 WL 1146044 (2d Cir. Apr. 28, 2026), Hernandez Alvarez v. Warden of the Fed. Det. Ctr. Mia., No. 25-14065, 2026 WL 1243395 (11th Cir. May 6, 2026), and Lopez-Campos v. Raycraft, No. 25-1965, 2026 WL 1283891 (6th Cir. May 11, 2026), it is hereby ORDERED that:

(1)  the Petition for Writ of Habeas Corpus by Marlon Ismael Orellana Cruz is GRANTED;

(2)  Marlon Ismael Orellana Cruz is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3)  The Government shall RELEASE Marlon Ismael Orellana Cruz from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on July 16, 2026;

(4)   Upon his release, the Government is required to return any personal property of Marlon Ismael Orellana Cruz, including his identification documents, and any other belonging that he had on his possession when detained;

(5)   The Government is temporarily enjoined from re-detaining Marlon Ismael Orellana Cruz for seven days following his release from custody;

(6)   If the Government chooses to pursue re-detention of Marlon Ismael Orellana Cruz after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

(7)   Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Marlon Ismael Orellana Cruz from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Marlon Ismael Orellana Cruz is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Marlon Ismael Orellana Cruz if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well

as a proposed destination.  The Court will then determine whether to grant the request and to permit his transfer; and

(8) The clerk of Court shall mark this case CLOSED.


BY THE COURT:


/s/   Harvey Bartle III
                                    J.